MALINDA HAAG
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX,
Social Security Administration
THEOPHOUS H. REAGANS, SBN CA 189450
Special Assistant United States Attorney

333 Market Street, Suite 1500
San Francisco, California 94105
Telephone: (415) 977-8943
Facsimile: (415) 744-0134

Attorneys for Defendant

**FILED**

JAN 11 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ANGELO A. DELEUSE,

   Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of
Social Security,

   Defendant.

CIVIL NO. 12-02708 HRL

STIPULATION FOR EXTENSION OF TIME TO FILE DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT; PROPOSED ORDER

(RE: Docket No. 21)

    IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that Defendant shall have a 45-day extension of time up and through February 25, 2013 in which to e-file his Cross-Motion for Summary Judgment. Counsel apologizes for the delay and inconvenience caused to the Court.

///

///

///

///

///

///

Dated: January 9, 2013

/s/ Young Cho
(As authorized via email on January 9, 2013)
YOUNG CHO
Attorney for Plaintiff

MALINDA HAAG
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX

Dated: January 9, 2013    By:    /s/ Theophous H. Reagans
THEOPHOUS H. REAGANS
Special Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 1/11/13

HOWARD L. LLOYD
United States Magistrate Judge